UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEIGH,<br><br>             Plaintiff,<br><br>       v.<br><br>SANTOS, *et al.*,<br><br>             Defendants. | Case No. 2:20-cv-01806-DMC (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |

     Plaintiff, a state prisoner proceeding without counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  I previously found that appointing counsel was warranted for the limited purpose of representing plaintiff at a further settlement conference and referred the case to the administrator of this district's pro bono panel of attorneys, Sujean Park, for the identification of counsel to represent plaintiff at the settlement conference.  ECF No. 23.  Brian L. Hawkins, Alyssa C. Malinoski, Corey M. Day, and Bao M. Vu have been selected from the court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and have agreed to be appointed.

     Accordingly, it is hereby ORDERED that:

1. Brian L. Hawkins, Alyssa C. Malinoski, Corey M. Day, and Bao M. Vu are appointed as counsel to represent plaintiff in the action.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.[1]

---

[1] If this case does not settle after a further settlement conference, counsel may ask the

1

2. Unless otherwise order by the court, Brian L. Hawkins, Alyssa C. Malinoski, Corey M. Day, and Bao M. Vu's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The parties are directed to contact Sujean Park within thirty days of the date of this order to arrange scheduling of the settlement conference.

5. The Clerk of the Court is directed to serve a copy of this order upon Brian L. Hawkins, Alyssa C. Malinoski, Corey M. Day, and Bao M. Vu, Stoel Rives LLP at 500 Capitol Mall, Suite 1600, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated:    December 20, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

court to expand the appointment to include all pretrial matters.