UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEIGH, | No. 2:20-CV-1806-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SANTOS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.

On November 3, 2021, a settlement conference was held before Magistrate Judge Jeremy D. Peterson, at which time the case did not settle. See ECF No. 21 (minutes). Thereafter, on December 1, 2021, the undersigned issued an initial scheduling order for the case. See ECF No. 22. On December 8, 2021, Judge Peterson determined that further settlement discussions would be helpful and directed the appointment of pro bono counsel to assist Plaintiff with a further settlement conference. See ECF No. 23. On December 20, 2021, Judge Peterson formally appointed settlement counsel to represent Plaintiff. See ECF No. 24. Judge Peterson also directed the parties to coordinate with the Court's Alternative Dispute Resolution office a further settlement conference date. See id.

/ / /

1

In light of the foregoing procedural history, the Court's December 1, 2021, scheduling order is vacated. If, after further settlement discussions, the matter does not settle, the Court will issue a new schedule.

IT IS SO ORDERED.

Dated:  December 28, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2