BRYAN L. HAWKINS (SB #238346)
bryan.hawkins@stoel.com
COREY M. DAY (SB #311021)
corey.day@stoel.com
ALYSSA C. MALINOSKI (SB #322794)
alyssa.malinoski@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

BAO M. VU (SB #277970)
bao.vu@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA  94111
Telephone:  415.617.8900
Facsimile:  415.617.8901

Attorneys for Plaintiff
Jerry Leigh

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEIGH<br><br>            Plaintiff,<br><br>     v.<br><br>SANTOS, et al.,<br><br>            Defendants. | Case No. 2:20-cv-01806-DMC<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR PARTIES TO ARRANGE SCHEDULING OF SETTLEMENT CONFERENCE; [PROPOSED] ORDER** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO EXTEND DEADLINE
FOR PARTIES TO ARRANGE SCHEDULING OF      -1-                          2:20-CV-01806-DMC
SETTLEMENT CONFERENCE
113830353.1 0099880-01430

1   IT IS HEREBY STIPULATED by and between Plaintiff JERRY LEIGH ("Plaintiff") and
2   Defendants SANTOS and SULLIVAN ("Defendants"), collectively the "Parties," through their
3   above-referenced counsel of record, that:
4   The Parties submit that good cause exists for an extension of an additional period of time
5   to arrange scheduling of the settlement conference;
6   The current deadline for the Parties to arrange the scheduling of the settlement conference
7   in this matter is January 19, 2022. (Dkt. No. 24);
8   On December 20, 2021, counsel for Plaintiff was appointed to represent Plaintiff in this
9   action for the limited purpose of assisting Plaintiff with preparing for and participating in a
10  settlement conference;
11  On December 22, 2021, counsel for Plaintiff began corresponding with the Litigation
12  Coordinator at the Richard J. Donovan Correctional Facility ("RJD") so that their office could begin
13  the clearance process so that counsel for Plaintiff may communicate with Plaintiff by phone or in
14  person. However, due to delays in responsive communication from RJD, counsel for Plaintiff are
15  still undergoing the clearance process and have not yet been able to communicate with Plaintiff;
16  On December 28, 2021, the Parties met and conferred regarding counsel for Defendants
17  informally producing documents so that the Parties can meaningfully participate in the settlement
18  conference. As of the date of this filing, counsel for Defendants is still in the process of reviewing
19  the informal requests and gathering and preparing certain requested documents for production;
20  Lastly, counsel for Defendants will be out on leave beginning in January through February
21  21, 2022.
22  Based on the foregoing, the Parties request an order of the Court extending the deadline for
23  the Parties to arrange scheduling of the settlement conference for sixty (60) days.
24  ///
25  ///
26  ///
27  ///
28  ///

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO EXTEND DEADLINE
FOR PARTIES TO ARRANGE SCHEDULING OF    -2-    2:20-CV-01806-DMC
SETTLEMENT CONFERENCE
113830353.1 0099880-01430

| | |
|---|---|
| Dated: January 14, 2022 | STOEL RIVES LLP |
| | By: /s/Alyssa C. Malinoski |
| | BRYAN L. HAWKINS |
| | BAO M. VU |
| | COREY M. DAY |
| | ALYSSA C. MALINOSKI |
| | Attorneys for Plaintiff |
| | JERRY LEIGH |
| | |
| Dated: January 14, 2022 | ATTORNEY GENERAL OF CALIFORNIA |
| | By: /s/Tyler V. Heath (as authorized on 1/13/2022) |
| | TYLER V. HEATH |
| | Supervising Deputy Attorney General |
| | Attorneys for Defendants |
| | SANTOS and SULLIVAN |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO EXTEND DEADLINE FOR PARTIES TO ARRANGE SCHEDULING OF SETTLEMENT CONFERENCE

-3-

2:20-CV-01806-DMC

113830353.1 0099880-01430

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:

1. The deadline for the Parties to arrange scheduling of the settlement conference is extended for sixty (60) days until March 20, 2022.

IT IS SO ORDERED.

Dated: January 18, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO EXTEND DEADLINE FOR PARTIES TO ARRANGE SCHEDULING OF SETTLEMENT CONFERENCE

-4-

2:20-CV-01806-DMC

113830353.1 0099880-01430