UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEIGH,<br><br>  Plaintiff,<br><br>  v.<br><br>SANTOS, et al.,<br><br>  Defendants. | No. 2:20-CV-01806-DMC-P<br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  After the undersigned referred this action to the Post-Screening ADR Project, the assigned settlement judge appointed attorneys Brian L. Hawkins, Alyssa C. Malinoski, Corey M. Day, and Bao M. Vu to represent plaintiff for the limited purpose of assisting Plaintiff with preparing and participating in a settlement conference.  ECF No. 24.  Plaintiff's counsel recently notified the Court that they wish to have their appointment expanded to allow for them to assist Plaintiff in filing an amended complaint and conducting discovery.  That request will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Brian L. Hawkins, Alyssa C. Malinoski, Corey M. Day, and Bao M. Vu's appointment to represent Plaintiff is expanded to include representation during (1) preparation and filing an amended complaint and (2) completion of all necessary discovery.

Dated: April 26, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE